IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TONY A. LINDER, | ) | CHAPTER 13 |
| | ) | CASE NO. 09-33322 |
| DEBTOR. | ) | |

## OBJECTION TO CONFIRMATION

COMES NOW EZ Kredit Auto SalesKing, a creditor in the above-styled cause, and objects to the confirmation of this case on the following grounds:

1. To Petitioner's knowledge, the Debtor does not have private insurance coverage on one (1) 2003 Dodge Durango, which is financed through EZ Kredit Auto Sales.

2. The Debtor has been informed by Creditor that private insurance would be required before her case could be confirmed.

3. Without private insurance coverage over the aforementioned vehicle, EZ Kredit Auto Sales is without adequate protection

WHEREFORE, EZ Kredit Auto Sales objects to confirmation of the Debtor's plan in the above-referenced matter.

Respectfully submitted,

PARNELL & CRUM, P.A.


  /s/ Charles N. Parnell, III
By: CHARLES N. PARNELL, III
     Attorney for EZ Kredit Auto Sales


OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing Objection to Confirmation to the following parties, this the __10th__ day of February, 2010.

Hon. Curtis C. Reding  
Trustee  
Post Office Box 173  
Montgomery, Alabama 36101

Hon. Teresa Jacobs  
Bankruptcy Court Adm.  
One Church Street  
Montgomery, Alabama 36104

Hon. Vonda McLeod  
Attorney for Debtor  
Post Office Box 201  
Montgomery, Alabama 36101

Tonya N. Linder  
Debtor  
280 Renee Way  
Elmore, Alabama 36025

                                    /s/ Charles N. Parnell, III  
                                  CHARLES N. PARNELL, III