# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                CASE NO. 09-33322-DHW

**TONYA NORRIS LINDER,**

                                                                      **CHAPTER 13**

**Debtor(s).**

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325(b) objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on December 3, 2009.

2. The debtor(s) §341 Meeting of Creditors was continued to and completed on February 18, 2010.

3. The debtor testified at the meeting of creditors that she had a change in circumstances, in that her fiancé had become employed, creating more household income.

4. The debtor was to file an amended Schedule I and Schedule J so the Trustee could review disposable income.

5. To date no amendments have been filed and the Trustee is not able to determine if the disposable income test has been met.

WHEREFORE, the above premises considered, the Trustee objects to confirmation of the debtor(s) proposed plan in that disposable income has yet to be determined.

Respectfully submitted March 15, 2010.

                                        Curtis C. Reding
                                        Standing Chapter 13 Trustee

                    By:     /s/ Tina J. Hayes
                                          Tina J. Hayes    (HAY 049)
                                          Staff Attorney

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-264-6127
Email: hayest@ch13mdal.com

**CERTIFICATE OF SERVICE**

      I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, March 15, 2010.

                                        /s/ Tina J. Hayes
                                        Tina J. Hayes

Tonya Norris Linder
280 Renee Way
Elmore, AL 36025

Hon. Vonda S. McLeod (*via electronic filing*)